### JOHN W. GRIFFIN v. A. B. BEADLES' ADMX.

**Exceptions to Report of Sale.**

> When an interested party is misled by a notice of sale as to when the sale is to take place, and thus prevented from attending and bidding on the property to be sold, and the property is sold much below its value and she excepts to the report of the sale and offers to pay four times the sum received at the sale for such property, a resale should be ordered; and after notice of the exception to be filed to such sale the first purchaser, if he makes improvements on the property, does so at his own risk.

### APPEAL FROM HICKMAN CIRCUIT COURT.

### February 11, 1882.

OPINION BY JUDGE HARGIS:

The advertisement of the sale was so written as to mislead readers who might have desired to attend the sale. "Monday" appeared in the face of it, and although crossed out, the record shows it was almost as apparent as "Saturday" which was written above it. Monday was the 5th of the month, and appellee's attorney, after reading the advertisement, thought that was the day of sale and so informed his client. She was thus misled, and did not attend the sale that took place on Saturday, the 3d, at which the mill was sold at a sacrifice.

She shows, by coming into court and offering four times as much for the property as was bid by the appellant, that she in good faith wished to be present in person or by agent and bid the property up to something like its reasonable value. The appellant was notified before he made any improvements that the sale would be excepted to, and he can not be allowed to better his condition by hazarding improvements upon property for which he had not been accepted as the purchaser and after fair notice that his right to it would be contested.

Advertisements should be in a readable handwriting, if not printed, and no uncertainty should be contained in them about the day on which the sale is to be made.

Judgment *affirmed*.

*Bullock & Bullock, for appellant.*

*Rodman & Rodman, W. R. Bradley, for appellee.*